**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

UNITED STATES OF AMERICA     )
           )
v.                             )     Case No. 3:12-cr-00165-3
           )     Chief Judge Haynes
TABATHA LYNN BAIRD     )

**O R D E R**

The sentencing hearing is set in this action for **Friday, May 9, 2014 at 3:30 p.m.**, in the

United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 29th day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court