IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cr-00165-3 |
| | ) | Chief Judge Haynes |
| TABATHA LYNN BAIRD | ) | |

### O R D E R

The sentencing hearing currently set in this action for Friday, May 9, 2014 at 3:30 p.m. is **RESET** for **Friday, May 16, 2014 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 21st day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge