# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (*Tran. Court*) | 0650 3:12CR00165 - 3 |
| DOCKET NUMBER (*Rec. Court*) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Tabatha Lynn Baird | DISTRICT<br>Middle District of Tennessee | DIVISION<br>NASHVILLE |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Aleta A. Trauger, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>09/11/2017 | TO<br>09/10/2020 |

**OFFENSE**
Ct. 1: Consp. to Manufacture/Distribute/PWID Controlled Substance, 21:846; Ct. 2: Consp. to Introduce Adulterated/ Misbranded Drugs into Interstate Commerce w/Intent to Defraud & Mislead, 18:371; Ct. 10: Perjury, 18:1623.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____ Western District of Missouri _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-7-17
_____
Date

_____
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the  WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*U.S. District Judge*

Assigned Officer Initials   (JPP)